UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

MAY 09 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. )
)
LIANYU LI, ) 08 CR 371
    aka Xiangli Chen, )
    Jian Liu, Yinji Zhang, ) Magistrate Judge Nan R. Nolan
    and Ying Ji Sun, )
JIN HUA DONG, )
    aka Renyu Cui and )
    Zong Shu Liu, )
MYUNG PAK, )
    aka Pak Lse Myung )

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT, ARREST WARRANTS AND AFFIDAVIT IN SUPPORT THEREOF

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves to unseal the Complaint, Arrest Warrants and Affidavit in support thereof in this matter.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
Edward N. Siskel
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7602

DATED: May 9, 2008

1