# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - ALL | **DATE** | 05/09/08 |
| **CASE TITLE** | USA vs. Lianyu Li, et al | | |

**DOCKET ENTRY TEXT**

Government's motion to unseal complaint, arrest warrants and affidavit in support thereof is granted.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|