# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 1 | **DATE** | 05/09/08 |
| **CASE TITLE** | USA vs. Lianyu Li | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Lianyu Li appears in response to arrest on 05/08/08. Defendant informed of his rights. The court finds defendant unable to afford counsel. Enter Order appointing Panel Attorney Daniel P. McLaughlin as counsel for defendant. Government seeks detention. Detention hearing to be held on 05/14/08 at 3:15 p.m. Defendant to remain in custody until further order of the Court. Court recommends that a Medical Practitioner be available in the facility where defendant is housed for evaluation on all medical issues.

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|