# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

**FILED MAY 09 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. Lianyu Li, et al

FOR AT: ___

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): **Lianyu Li**

- 1 ☑ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
- Magistrate: ___
- District Court: **08 CR 371-1**
- Court of Appeals: ___

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor: **18 USC 1344**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ X
- IF NO, give month and year of last employment: **~Nov. 2007**
- How much did you earn per month? $ **1500/mth**
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month? $ X
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME** (ASSETS)
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ X
- SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 700,000 / 400,000 — DESCRIPTION: [no mortgage payments made]
- *real estate is encumbered by multiple loans
- → property subject to foreclosure

**DEPENDENTS** (OBLIGATIONS & DEBTS)
- MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **2**
- List persons ... relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: ___

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Visa | $ 5000 | $ 200 |
| cell phone | $ | $ 120 |
| child care | $ | $ ~2000 |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): **5/9/08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]