Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - ALL | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Li, et al | | |

**DOCKET ENTRY TEXT**

Detention hearing held as to defendant Lianyu Li and Jin Hua Dong. Status hearing regarding detention as to defendants Lianyu Li and Jin Hua Dong is set for 05/29/08 at 2:30 p.m. Government's oral motion to dismiss individual arrested as named defendant Myung Pak on original criminal complaint issued on 05/09/08 is granted. Government's oral motion for leave to file amended criminal complaint is granted.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | LXS |
|---|---|---|