# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

LIANYU LI (aka Xiangli Chen,
Jian Liu, Yinji Zhang, Ying Ji Sun,
Jin Zhang, Xifang Zhang, Shun Zheng,
and Yinji Zhang)

**FILED**
MAY 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: **08CR - 371**

MAGISTRATE JUDGE NOLAN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LIANYU LI__
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment  ___Information  _X_Complaint  ___Order of court  ___Violation Notice  ___Probation Violation Petition

charging him or her with  (brief description of offense)

knowingly executing, or attempting to execute, a scheme or artifice to defraud a financial institution, or to obtain money or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises,

in violation of Title __18__ United States Code, Section(s) __1344__

NAN NOLAN     3 45 p m.
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_Nan R. Nolan_
Signature of Issuing Officer

Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-8-08 | Special Agent Booker Wright | Booker Wright |
| DATE OF ARREST 5-9-08 | | |