UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

                                       Plaintiff,

v.                                                                 Case No.: 1:08−cr−00371
                                                                        Honorable Nan R. Nolan

Lianyu Li, et al.

                                       Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Magistrate judge status hearing held on 5/29/2008. Defendants Lianyu Li and Jin Hua Dong waive the detention hearing without prejudice to defendants right to move at a later time for release on conditions. Defendants will remain in custody pending trial or until further order of the Court. Preliminary Examination set for 6/13/2008 at02:00 PM. Mailed notice (lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.