# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - ALL | **DATE** | 5/27/2008 |
| **CASE TITLE** | USA vs. Lianyu Li, et al | | |

**DOCKET ENTRY TEXT**

This Court hereby request that the following Korean speaking interpreters Jong Whong and Daniel Park, be permitted access into the MCC to provide interpreting services for defendants Lianyu Li and Jin Hua Dong, their counsel and Probation/Pretrial Services on 05/28/08.

Notices mailed by Judicial staff.

3cc 4SW

| | Courtroom Deputy Initials: | LXS |
|---|---|---|