FILED
JUL 1 8 2008
7-18-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN ILLINOIS

UNITED STATES OF AMERICA, )
)
vs. ) No. 08 CR 371
)
LIANYU LI, )

### PETITION FOR SUBSTITUTION OF ATTORNEY'S

NOW COMES the Defendant, LIANYU LI, by and through his attorney, MARC M. BARNETT, and request this Honorable Court grant his Petition for Substitution of Attorney's, and in support thereof, states as follows:

1. That the Defendant is currently being represented by Federal Defender, Daniel McLaughlin, 55 East Monroe, Suite 2800, Chicago, Illinois 60603.

2. The Defendant requested that I represent him in the above case of U.S. vs. LIANYU LI, Case No. 08 CR 371.

3. That the Defendant requests that Federal Defender, Daniel McLaughlin be allowed to withdraw his Appearance as the attorney of record for the Defendant and allow Attorney Marc M. Barnett to enter his Appearance as attorney of record for the Defendant in the instant cause.

WHEREFORE, the Defendant, LIANYU LI, prays this Honorable Court grant his Petition for Substitution of Attorneys, and allow Federal Defender DANIEL McLAUGHLIN to withdraw and allow Attorney MARC M. BARNETT to enter his appearance of record for the Defendant in the instant cause.

Respectfully Submitted,

_____
LIANYU LI
Defendant

_____
MARC M. BARNETT
Attorney for Defendant

_____
DANIEL McLAUGHLIN
Federal Defender Program

MARC M. BARNETT
Attorney for Defendant
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604
(708) 385-4394

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
vs. ) No. 08 CR 371
)
LIANYU LI, )

### SUBSTITUTION OF ATTORNEY'S

I, DANIEL McLAUGHLIN, hereby withdraw my appearance as attorney for Lianyu Li, in the above entitled cause.

DANIEL McLAUGHLIN
Federal Defender Program

I, MARC M. BARNETT, hereby enter my appearance as attorney for Lianyu Li, in the above titled cause.

MARC M. BARNETT

MARC M. BARNETT
Attorney for Lianyu Li
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604
(708) 385-4394