Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 1,2,4 | **DATE** | 7/30/2008 |
| **CASE TITLE** | United States of America vs. Lianyu Li, Jin Hua Dong, Yoon Sae Kim | | |

**DOCKET ENTRY TEXT**

The preliminary examination hearing set for 08/06/08 for defendants, Lianyu Li, Jin Hua Dong, and Yoon Sae Kim, is reset to August 21, 2008 at 3:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|