## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 1&2 | **DATE** | 080/21/08 |
| **CASE TITLE** | USA vs. Lianyu Li & Jin Hua Dong | | |

**DOCKET ENTRY TEXT**

Case called for Preliminary Examination hearing. Defendant's Lianyu Li & Jin Hua Dong waive their right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|